■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 2.) [988 NYS2d 520]—Motion for summary

reversal denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.